MAX KATZ, Respondent, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.

(Argued October 3, 1932; decided November 22, 1932.)

*Albert Stickney* and *T. R. Iserman* for appellant.

*Louis Engelberg* for respondent.

Appeal dismissed, with costs, on the ground that no final judgment can be entered until after the accounting. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.